UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JUANITO D. PALACIOS, JR., Individually and as Trustee, ESTHERBELLE Q. PALACIOS, Individually and as Trustee, PALACIOS FAMILY TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>INDYMAC FEDERAL BANK FSB, REGIONAL TRUSTEE SERVICES CORPORATION, ONEWEST BANK FSB, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC.,<br><br>Defendants. | 2:09-CV-02163-PMP-LRL<br><br>**ORDER** |

The Court having read and considered Defendant Mortgage Electronic Registration Systems, Inc.'s Motion for Summary Judgment (Doc. #29), filed on January 3, 2011, and Plaintiffs having failed to file a response in opposition thereto, thereby consenting to the granting of Defendant's Motion, and good cause appearing,

**IT IS ORDERED that** Defendant Mortgage Electronic Registration Systems, Inc.'s Motion for Summary Judgment (Doc. #29) is **GRANTED** and Plaintiffs' Complaint is hereby **DISMISSED**.

DATED: February 2, 2011.

_____
PHILIP M. PRO
United States District Judge